# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL TUDO,<br><br>      Plaintiff,<br><br>    v.<br><br>TESLA MOTORS, INC.;<br>TESLA, INC.; and<br>DOES 1 through 100, Inclusive,<br><br>      Defendants. | Case No. 8:24-cv-02735-JWH-DFMx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 14] entered on or about February 3, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: _____May 23, 2025_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE